ACCEPTED
03-15-00204-CV
6875036
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 4:37:27 PM
JEFFREY D. KYLE
CLERK



# Gammon Law Office, PLLC

**"We Represent the Good Guys"** ®

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 4:37:27 PM
E. Jason Brillick
JEFFREY D. KYLE
Karla Huertas
Clerk

William B. Gammon
Anthony G. Read

Attorneys At Law
1201 Spyglass Drive | Suite 100
Austin, Texas 78746
512-444-4529 / 888-545-4279 (Fax)
www.GammonLawOffice.com

September 10, 2015

Liz Talerico                                    ***Via ProDoc Efiling***
3RD COURT OF APPEALS
PO Box 12547
Austin, Texas 78711

**RE:**    Update: Cause No. 03-15-00204-CV; *Shanon Quinette Sims v. Distressed Asset Solutions Fund I, LLC*; In the Court of Appeals, Third District of Texas

Ms. Talerico:

The parties have entered into a settlement agreement in the above styled matter; however, there is currently a disagreement that has arisen regarding the settlement agreement. We hope to have this issue resolved by the end of the month.

Respectfully,

Ashley Cole
*Paralegal*

CC:
Jeff Kelly                                       ***Via ProDoc Efiling***
THE KELLY LEGAL GROUP, PLLC
P.O. Box 2125
Austin, Texas 78768

Settlement | *Sims v. Distressed Asset Solution*